IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF A.H. BECK FOUNDATION CO., INC., | § § § § | |
| Complainant, | § § | |
| v. | § | Civil Action No. 2:21-cv-00071 |
| | § § | |
| WESTFIELD INSURANCE COMPANY, | § § | |
| Respondent. | § | |

**RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER TO COMPLAINANT'S ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Westfield Insurance Company ("Respondent" or "Westfield"), in the above entitled cause of action and files its Unopposed Motion for Extension of Time to File Its Answer to Complainant's Original Complaint, respectfully showing onto the Court as follows:

1.      Complainant filed its Original Complaint ("Complaint") on December 10, 2021, in the United States District Court for the Western District of Texas – Del Rio Division.  Complainant asserts a Miller Act bond claim pursuant to 40 U.S.C. § 3131 *et seq*.  The current deadline for Respondent to file its answer to Complainant's Complaint is January 5, 2021.

2.      The undersigned counsel is working with Respondent to gather the necessary information to fully respond to Complainant's Complaint.  Respondent and the undersigned counsel require additional time to gather information that will enable it to admit or deny certain allegations.  Accordingly, Respondent respectfully requests that the deadline to file its answer be extended from January 5, 2022, to January 12, 2022.  Respondent does not request this extension for the purpose of delay, but in order to adequately respond to Complainant's Complaint.

RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ITS ANSWER TO COMPLAINANT'S ORIGINAL COMPLAINT                    1

3. Complainant's counsel has agreed to the requested extension of time.

4. A proposed Order granting the requested relief is submitted herewith.

WHEREFORE, PREMISES CONSIDERED, Respondent Westfield Insurance Company requests, without waiving any right to assert any defense or to file any response permitted by the Federal Rules of Civil Procedure, an extension of time to file its answer until January 12, 2022.

Respectfully submitted,

*/s/ Brandon E. Strey*
Tiffany Cox Stacy
State Bar No. 24050734
tiffany.cox@ogletree.com
Brandon E. Strey
State Bar No. 24084969
brandon.strey@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
112 E. Pecan Street, Suite 2700
San Antonio, Texas 78205
Telephone: 210.354.1300
Fax: 210.277.2702

**ATTORNEYS FOR RESPONDENT**

## <u>CERTIFICATE OF CONFERENCE</u>

On December 30, 2021, the undersigned counsel contacted counsel for Beck via e-mail regarding this Motion and whether Beck would agree to the relief sought. Counsel for Beck has communicated with counsel that they are unopposed to the instant Motion.

*/s/ Brandon E. Strey*
Brandon E. Strey

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of January, 2022, I electronically filed the foregoing with the Clerk of the Court, which will send a copy of such filing to the following:

> Sean B. McNelis
> Devin Gabriel
> McNelis + Associates, PLLC
> 143 W. Sunset Road, Suite 200
> San Antonio, Texas  78209
> sean@mcnelisassociates.com
> devin@mcnelisassociates.com

*/s/ Brandon E. Strey*
Brandon E. Strey
