| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF A.H. BECK FOUNDATION CO., INC., | § § § § | |
| Complainant, | § § | |
| | § | Civil Action No. 2:21-cv-00071 |
| v. | § § | |
| WESTFIELD INSURANCE COMPANY, | § § § | |
| Respondent. | § | |

## <u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Came on this day Respondent Westfield Insurance Company's Unopposed Motion for Extension of Time to File Its Answer to Complainant's Original Complaint. Having considered the Motion and finding it to be unopposed, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Respondent Westfield Insurance Company shall file its answer on or before January 12, 2022.

SO ORDERED.

Signed this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

49781566.v1-OGLETREE