

# EXHIBIT A

# SOLICITATION, OFFER, AND AWARD
### (Construction, Alteration, or Repair)

| | | | | |
|---|---|---|---|---|
| **1. SOLICITATION NO.**<br>70B01C20R00000200 | **2. TYPE OF SOLICITATION**<br>☐ SEALED BID (IFB)<br>☐ NEGOTIATED (RFP) | **3. DATE ISSUED** | **PAGE OF PAGES**<br>1 |

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO.<br>70B01C20C00000152 | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY | CODE | 7014 | 8. ADDRESS OFFER TO |
|---|---|---|---|
| DHS - Customs & Border Protection<br>Customs and Border Protection<br>24000 Avila Road<br><br>Laguna Niguel      CA 92677 | | | |

| 9. FOR INFORMATION CALL | A. NAME<br>Francis V. Carlos | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)*<br>949-643-6321 |
|---|---|---|

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

**10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS** (Title, identifying number, date):

Construction services to design and construct a bailey bridge over the Seco Creek near the CBP Eagle Pass BPS located at Eagle Pass, TX. Attached to this solicitation are the following documents:

1. Statement of Work (SOW)
2. Department of Labor (DoL) Wage Determination General Decision
3. Solicitation Instructions for Offeror with Exhibit A - Price Proposal Submission Sheet
4. Bonds: SF 24, 25, 25A

Magnitude of Construction: Between $1,000,000.00 and $5,000,000.00.

Period of Performance: Total period of performance is two hundred seventy (270) calendar days. Ninety (90) calendar days for Design and one hundred eighty (180) calendar days for Construction. Notice to Proceed (NTP) will be issued for each phase of the contract.

Notes to Contractor:

1. In accordance with FAR 52.204-14 and 52.222-54, Contractor will be required to submit information which will be verified by the Government.
2. Contractor shall submit Performance and Payment Bonds.

11. The contractor shall begin performance within   1   calendar days and complete it within   270   calendar days after receiving

☐ award   ☒ notice to proceed.   This performance period is   ☒ mandatory   ☐ negotiable   *(SEE _____ )*

**12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS?**
*(If "YES" indicate within how many calendar days after award in Item 12B.)*
☒ YES   ☐ NO

| 12B. CALENDAR DAYS<br>10 |
|---|

**13. ADDITIONAL SOLICITATION REQUIREMENTS:**

A. Sealed offers in original and   1   copies to perform the work required are due at the place specified in Item 8 by   1:00 PM (PACIFI (hour) local time _____ (date). If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is,   ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than   10   calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## OFFER (Must be fully completed by offeror)

| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
|---|---|

FOUR STATE BORDER SOLUTIONS LLC

1851 WEST 24TH STREET STE 101

YUMA        AZ   85364-6104

16. REMITTANCE ADDRESS     (Include only if different than Item 14)

| CODE   117446431 | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted

by the Government in writing within _____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum

requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

AMOUNTS   ▶    $1,595,676.00

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)

| AMENDMENT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE. | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER     (TYPE OR PRINT) | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| | | |

## AWARD (To be completed by the Government)

21. ITEMS ACCEPTED:

| 22. AMOUNT: | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $1,595,676.00 | SEE SECTIONJ B |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ▶ | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO |
|---|---|---|
| | | ☐ 10 U.S.C. 2304(c) ( )      ☒ 41 U.S.C. 3304(a) ( 5 ) |

| 26. ADMINISTERED BY      CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| DHS - Customs & Border Protection<br>Customs and Border Protection<br>24000 Avila Road<br><br>Laguna Niguel      CA   92677 | DHS - Customs & Border Protection<br>Commercial Accounts Sect.<br><br>6650 Telecom Drive, Suite 100<br>Indianapolis      IN   46278 |

### CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| ☒   28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return __1__ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☒   29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or Print) | 31A. NAME OF CONTRACTING OFFICER     (Type or Print) |
|---|---|
| **Stacy Gutierrez, PE, CIH - Managing Partner** | BARBARA B. WILSON |

| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA | 31C. AWARD DATE |
|---|---|---|---|
| *(signature)* | **09/23/20** | BARBARA B<br>BY WILSON   Digitally signed by BARBARA B WILSON<br>Date: 2020.09.23 15:04:05 -04'00' | **09/23/2020** |

STANDARD FORM 1442 (REV. 8/2014) BACK