

# EXHIBIT  B

# SUBCONTRACT AGREEMENT BETWEEN:

## CONTRACTOR

## Spencer Construction LLC
10132 N Oracle Rd STE160
Tucson, AZ 85704
520-219-0498



AND

## A.H. Beck Foundation Co., Inc.
9014 Green Road
Converse, TX 78109

**ARTICLE I**

THIS AGREEMENT made as of the 22 day of January 2021; by and between A.H. BECK FOUNDATION CO., INC., hereinafter referred to as "Subcontractor" and SPENCER CONSTRUCTION LLC hereinafter referred to as "Contractor".

**FEDERAL CONSTRUCTION PROJECT:**

**OWNER:**

US Customs and Border Protection

**CONTRACT NUMBER:**

Bridge 1130 70B01C20C00000159, Bridge 1152 70B01C20C00000158, Seco Creek 70B01C20R00000200

**SUBCONTRACTOR:**

A.H. Beck Foundation Co., Inc.

9014 Green Road

Converse, TX 78109

**CONTRACT PRICE:**

$368,600.00 (Three Hundred Sixty Eight Thousand Six Hundred Dollars and Zero Cents).

| Item Number | Description | UOM | Approx Qty | Unit Price | Approx Amount |
|---|---|---|---|---|---|
| 1 | 48" Drilled Shafts; LV Farms 1152 | LF | 208 | $450.00 | $ 93,600.00 |
| 2 | Mobilization In & Out 1152 | EA | 1 | $20,000.00 | $ 20,000.00 |
| 3 | Rock drilling per LF on 48" D/S | LF | TBD | $550.00 | $ - |
| 4 | 48" Drilled Shafts; LV Farms 1130 | LF | 236 | $450.00 | $ 106,200.00 |
| 5 | Mobilization In & Out 1130 | EA | 1 | $10,000.00 | $ 10,000.00 |
| 6 | Rock drilling per LF on 48" D/S | LF | TBD | $550.00 | $ - |
| 7 | 48" Drilled Shafts; Seco Creek | LF | 264 | $450.00 | $ 118,800.00 |
| 8 | Mobilization In & Out Seco Creek | EA | 1 | $20,000.00 | $ 20,000.00 |
| 9 | Rock drilling per LF on 48" D/S | LF | TBD | $550.00 | $ - |
| 10 | | | | | $ - |
| | | | Subtotal Amount | | $ 368,600.00 |
| | | | Sales Tax | 0.00% | $ - |
| | | | **Total Amount** | | $ 368,600.00 |

<span style="color:red">Clarification:
Notwithstanding anywhere else to the contrary, the above pricing is subject to the inclusions, exclusion, terms and conditions within Attachment A, the Subcontractor's proposal dated January 26, 2021. ~~The the inclusions, exclusion, terms and conditions of Attachment A shall take precedence over all Contract Documents and supersede any conflict or inconsistency with this Subcontract or incorporated documents.~~</span>

<span style="color:blue">1K</span>

**Notice to the parties shall be given at the above addresses.**

**1.1.     FEDERAL ACQUISITION REGULATIONS (FAR).** This Agreement is governed by applicable Federal Acquisition Regulations. Because changes to these regulations may be issued at any time and particular agencies may issue supplemental regulations, current FAR provisions and individual project specifications must be consulted.

**Documents.**

**All Project Documents including Statements of Work, Wage Decisions, Delivery Orders, & Solicitations, are made part of this subcontract agreement.**

**ARTICLE 2**
**SCOPE OF WORK**

**2.1     SUBCONTRACTOR'S WORK.** The Contractor contracts with the Subcontractor as an independent contractor to perform the work described in Article 16. The Subcontractor shall perform such work (hereinafter called the "Subcontractor's Work") under the general direction of the Contractor and in accordance with this Agreement and the Contract Documents.

**2.2     CONTRACT DOCUMENTS AND ORDER OF SUPREMACY.** The Contract Documents, detailed in Paragraph 16.3 shall consist of the following, with the order of supremacy beginning with the first described document and ending with the last described document within that paragraph. Upon the Subcontractor's request, the Contractor shall make available a copy of any part of the Contract Documents. Nothing in the Contract Documents shall be construed to create a contractual relationship between persons or entities other than the Contractor and the Subcontractor.

**2.3     CONFLICTS.** In the event of a conflict between and/or among the Contract Documents, see the order of supremacy defined in Paragraph 2.2; except, however, that in all circumstances the applicable FARs shall govern.

**2.4     EXTENT OF AGREEMENT.** This Agreement is solely for the benefit of the Contractor and the Subcontractor (the "Parties"), represents the entire and integrated agreement between the Parties and supersedes all prior negotiations, representations, or agreements, either written or oral.

**2.5**     Unless otherwise indicated, the term Day shall mean calendar day.

**ARTICLE 3**
**SCHEDULE OF WORK**

**3.1     TIME IS OF ESSENCE.** Time is of the essence for both parties, and they mutually agree to see to the performance of their respective work and the work of their subcontractors so that Attached Schedule is met in accordance with the Contract Documents and the Schedule of Work**.** The Contractor shall prepare the Schedule of Work and revise such schedule as the Work progresses.

**3.2     DUTY TO BE BOUND.** Both the Contractor and the Subcontractor shall be bound by the Schedule of Work. The Subcontractor shall provide the Contractor with any requested scheduling information for the Subcontractor's Work. The Subcontractor will stay informed as to revisions in the project schedule which may affect the Subcontractor's Work. The Schedule of Work and all subsequent changes thereto shall be submitted to the Subcontractor in advance of the required performance.

*1K*

**3.3    SCHEDULE CHANGES.** The Subcontractor recognizes that changes will be made in the Schedule of Work and agrees to comply with such changes.

**3.4    PRIORITY OF WORK.** The Contractor shall have the right to decide the time, order, and priority in which the various portions of the Work shall be performed and all other matters relative to the timely and orderly conduct of the Subcontractor's Work.

The Subcontractor shall commence its work within 7 days of execution of this Agreement. If such work is interrupted for any reason, the Subcontractor shall resume such work within two (2) working days from the Contractor's notice to do so.

**ARTICLE 4**
**CONTRACT PRICE**

The Contractor agrees to pay to the Subcontractor for the satisfactory performance of the Subcontractor's Work the amount stated in Article 1, subject to additions or deductions per Article 6.

**ARTICLE 5**
**PAYMENT**

**5.1    GENERAL PROVISIONS.** The payment provisions of this contract are governed by certain provisions in 31 U.S.C. §3901 et seq.

**5.1.1    SCHEDULE OF VALUES.** The Subcontractor shall provide a schedule of values satisfactory to the Contractor and the Owner no more than fifteen (15) days from the date of execution of this Agreement.

**5.1.2    OWNER VERIFICATION.** Upon request, the Contractor shall give the Subcontractor written authorization to obtain directly from the Owner's representative the percentage of completion certified for the Subcontractor's Work.

**5.1.3    PAYMENT USE RESTRICTION.** Payment received by the Subcontractor shall be used to satisfy the indebtedness owed by the Subcontractor to any person furnishing labor or materials for use in performing the Subcontractor's Work on this project before it is used in any other manner.

**5.1.4    PAYMENT USE VERIFICATION.** The Contractor shall always have the right to contact the Subcontractor's subcontractors and suppliers to ensure that the same are being paid promptly by the Subcontractor for labor or materials furnished for use in performing the Subcontractor's Work.

**5.1.5    AFFIDAVITS.** As a prerequisite for payment, the Subcontractor shall provide in a form satisfactory to the Owner and the Contractor in addition to the requirements in 5.3.1, claim waivers and affidavits from the Subcontractor, its subcontractors, and suppliers for the completed Subcontractor's Work. Such waivers may be made conditional upon payment.

**5.1.6    SUBCONTRACTOR PAYMENT FAILURE.** Upon payment by the Contractor, Subcontractor shall promptly pay its lower-tier subcontractors and material suppliers the amounts to which they are entitled. In the event the Contractor has reason to believe that labor, material or other obligations incurred in the performance of the Subcontractor's Work are not being paid, the Contractor may give written notice of such claim to the Subcontractor and may take any steps deemed necessary to assure that any progress payments are utilized to pay such obligations including but not limited to the issuance of joint checks.

If upon receipt of said notice, the Subcontractor does not (a) supply evidence to the satisfaction of the Contractor that the monies owing to the claimant(s) have been paid; or (b) post a bond indemnifying the Owner, the Contractor, the Contractor's surety, if any, and the premises from such claim; then the Contractor shall have the

right, without incurring an obligation to pay an interest penalty, to withhold payments or parts of payments due or to become due to the Subcontractor in the manner described at Paragraph 5.2.

**5.1.7     SUBCONTRACTOR ASSIGNMENT OF PAYMENTS.** The Subcontractor shall not assign any moneys due or to become due under this Contract, or under any Change Order thereto, without the written consent of Con- tractor, unless such assignment is intended to create a new security interest within the scope of Article 9 of the Uniform Commercial Code.

Should Subcontractor assign all or any part of any moneys due or to become due under this Contract, to create a new security interest or for any other purpose, the instrument of assignment shall contain a clause to the effect that the assignee's right in and to any money due or to become due to the Subcontractor shall  be subject to the claims of all persons, firms and corporations for services rendered or materials supplied for the performance of the Work under this Subcontract and any Change Orders.

**5.1.8     PAYMENT NOT ACCEPTANCE.** Payment to the Subcontractor does not constitute or imply acceptance of any portion of the Subcontractor's Work.

**5.2     WITHHOLDING PAYMENT FOR DEFICIENCY OF SUBCONTRACTOR PERFORMANCE**

**5.2.1     DEFICIENCY DISCOVERED BEFORE PROGRESS PAYMENT REQUEST.** On discovering a deficiency in the Subcontractor's performance before making a progress payment request for work performed by the Subcontractor, the Contractor upon written notice to the Subcontractor may deduct amounts that in the Contractor's judgment are sufficient to cover the cost of correction, to cover losses caused by the deficiency and to compel the Subcontractor promptly to remedy the performance deficiency. No obligation for a late payment interest penalty is incurred when deductions are made for performance deficiency. The Contractor shall provide notice to the Subcontractor as provided in Subparagraph 5.2.4.

**5.2.2     DEFICIENCY DISCOVERED AFTER SUBMITTING REQUEST FOR PAYMENT.** If the Contractor discovers a deficiency in the Subcontractor's performance after requesting a progress payment for the Subcontractor's performance but before payment would otherwise be due, the Contractor may, without obligation for late payment interest penalty, withhold from the Subcontractor payment received from the Owner. Amounts withheld shall be sufficient to remedy the deficiency, to cover losses caused by the deficiency, and to compel prompt remedial performance. The Contractor shall notify the Subcontractor in the manner provided at Subparagraph 5.2.4 of the reasons for the withholding as soon as practicable after discovering the deficiency.

The Subcontractor shall reimburse the Contractor for interest penalties incurred by the Contractor to the Owner and caused in any part by the Subcontractor's failure to correct a deficiency described in a notice as required by Subparagraph 5.2.4. (interest incurred by the Contractor to the Owner is due from the eighth day after receipt of the amounts withheld from the Subcontractor until the day the Subcontractor performance deficiency is corrected, or any subsequent payment request is adjusted. Interest shall be computed based on the Federal Rate for three-month Treasury Bills (31 U.S.C. §3903 (c)(1)).

Upon satisfactory correction of the deficiency, the Contractor shall pay the amounts withheld which remain owing after the satisfactory correction, as follows, or incur a late payment interest penalty as provided at Paragraph 5.5:

    (a) Amounts held in the Contractor's possession shall be paid as soon as practicable but no later than seven (7) days after satisfactory correction of the deficiency; and/or

    (b) Amounts held by the Owner shall be paid within seven (7) days of receipt from the Owner by the Contractor.

**5.2.3  NOTICE TO CONTRACTOR OF MILLER ACT CLAIMS.** If after making payment to the Subcontractor, the Contractor receives written notice from a supplier or a second-tier subcontractor, in accordance with 40 USC §270b, of a deficiency in the Subcontractor's performance, the Contractor may, without incurring an obligation for late payment interest penalty, withhold from the Subcontractor's next available payment or deduct from the next payment application an amount sufficient to compel prompt remedial performance. Before withholding or deduction, the Contractor shall provide notice to the Subcontractor as provided in Subparagraph 5.2.4.

The Contractor shall withhold this amount until it accepts satisfactory written notification from the supplier or second tier subcontractor that the subcontract performance deficiency has been corrected.

After receiving satisfactory written notice, the Contractor shall pay the withheld amount due the Subcontractor as follows, or incur a late payment interest penalty as provided at Paragraph 5.5:

(a) Amounts held in the Contractor's possession shall be paid as soon as practicable but no later than seven (7) days after receipt of such satisfactory notification.

(b) Amounts held by the Owner shall be paid within seven (7) days of receipt from the Owner by the Contractor.

**5.2.4  WRITTEN NOTICE TO SUBCONTRACTOR OF WITHHOLDING.** The Contractor shall provide the Subcontractor with written notice of any withholding, specifying:

(a) the amount to be withheld.

(b) the specific causes for the withholding under the terms of this Agreement; and

(c) the remedial actions to be taken by the Subcontractor in order to receive payment of the amount withheld.

**5.3  PROGRESS PAYMENTS**

**5.3.1  CERTIFICATION.** A payment request may not be approved unless the payment application includes substantiation of the amounts requested and certification by the Subcontractor that:

(a) the amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract.

(b) payments to the Subcontractor's subcontractors and suppliers have been made from previous payments received under this Agreement, that they have been paid in full all sums to which they are entitled, and timely payments will be made from the proceeds of the payment covered by the certification in accordance with their agreements and the requirements of 31 U.S.C. §3901 et seq.; and,

(c) the application does not include any amounts which the Subcontractor intends to withhold or retain from a lower-tier subcontractor or supplier in accordance with the terms and conditions of this Agreement.

The Contractor is entitled to rely upon the Subcontractor's certification in the Contractor's payment requests to the Government concerning the Subcontractor's performance.

**5.3.2  APPLICATION.** The Subcontractor's application for payment shall be itemized and supported by substantiating data as required by the Contractor. The Subcontractors application shall be notarized if required. The Subcontractor's progress payment application for work performed in the preceding payment period shall

be submitted to the Contractor per the terms of this Agreement and specifically Subparagraphs 5.1.1, 5.3.2, 5.3.3, and 5.3.4 for approval of the Contractor. The Contractor shall forward to the Owner, without delay, the approved application for payment.

**5.3.3    RETAINAGE/SECURITY.**    The Contractor will retain (without cause) 10% of each progress payment otherwise due to the Subcontractor for satisfactory performance under this Agreement without incurring any obligation to pay a late payment interest penalty.

The Subcontractor's retainage may be reduced to 5% when the Subcontractor has attained a 90% completion level. The reduction in retainage will be at the Contractor's discretion.

**5.3.4    TIME OF APPLICATION.** The Subcontractor shall submit progress payment applications to the Contractor no later than the 25th day of each payment period for work performed up to and including the 30th day of the payment period indicating work completed and, to the extent allowed under Subparagraph 5.3.5, materials suitably stored during the preceding payment period.

**5.3.5    STORED MATERIALS.** Unless otherwise provided in the Contract Documents, and if approved in advance by the Owner, applications for payment may include materials and equipment not incorporated in the Subcontractor's Work but delivered to  and suitably stored at the site or at some other location agreed upon in writing. Approval of payment applications for such stored items on or off the site shall be conditioned upon submission by the Subcontractor of bills of sale and applicable insurance or such other procedures satisfactory to the Owner and Contractor to establish the Owner's title to such materials and equipment or otherwise protect the Owner's and Contractor's interest therein, including transportation to the site.

**5.3.6    TIME OF PAYMENT.** Progress payments to the Subcontractor for satisfactory performance of the Subcontractor's Work shall be made no later than seven (7) days after receipt by the Contractor of payment from the Owner for the Subcontractor's Work. Owner's payment to Contractor is an express condition precedent to Contractor's obligation to pay Subcontractor.  The only exception is when Owner's withholding of a payment to Contractor is solely due to an alleged failure by Contractor to perform any of its obligations unrelated to this Subcontract Agreement.

**5.4    FINAL PAYMENT**

**5.4.1    APPLICATION.** Upon acceptance of the Subcontractor's Work by the Owner and Contractor, and upon the Subcontractor furnishing evidence of fulfillment of the Subcontractor's obligations in accordance with the Contract Documents and Subparagraph 5.4.2, the Contractor shall forward the Subcontractor's application for final payment without delay.

**5.4.2    REQUIREMENTS.** Before the Contractor shall be required to forward the Subcontractor's application for final payment to the Owner, the Subcontractor shall submit to the Contractor:

(a) an affidavit that all payrolls, bills for materials and equipment, and other indebtedness connected with the Subcontractor's Work for which the Owner or the Contractor or the Contractor's surety might in any way be liable, have been paid or otherwise satisfied;

(b) consent of surety to final payment, if required.

(c) satisfaction of required closeout procedures.

(d) certification that insurance required by the Contract Documents to remain in effect beyond final payment pursuant to  Paragraph 13.4 is in effect and will not be cancelled or allowed to expire without at least thirty (30) days' written notice to the Contractor unless a longer period is stipulated in the Contract; and

*IK*

(e) other substantiation and certification as required by Subparagraph 5.3.1, including but not limited to receipts, releases, and waivers of claims to the extent and in such form as may be designated by the Contractor or Owner.

Final payment shall constitute a waiver of all claims by the Subcontractor relating to the Subcontractor's Work but shall in no way relieve the Subcontractor of liability for the obligations assumed under Paragraph 9.9 or for faulty or defective work appearing after final payment.

**5.4.3    TIME OF PAYMENT.** Final payment of the balance due of the Contract Price shall be made to the Subcontractor within seven (7) days after receipt by the Contractor of final payment from the Owner for such Subcontractor's Work. Final payment from the Owner does not constitute a release of liability for unknown defective work or noncompliance with the Contract Documents or warranties. Owner's payment to Contractor is a condition precedent to Contractor's obligation to pay Subcontractor.  The only exception is when Owner's withholding of a payment to Contractor is solely due to an alleged failure by Contractor to perform any of its obligations unrelated to this Subcontract Agreement.

**5.4.4    FINAL PAYMENT DELAY.** If the Owner or its designated agent does not issue a certificate for Final Payment or the Contractor does not receive such payment for any cause which is not the fault of the Subcontractor, at the Subcontractor's request and expense, to the extent agreed upon in writing, the Contractor shall institute reasonable legal remedies to mitigate the damages and pursue payment of the Subcontractor's final payment including interest thereon.

**5.5    LATE PAYMENT INTEREST.** Progress payments or final payment due and unpaid under this Agreement shall bear interest from the day after the required payment date until the date on which payment of the amount due is made. Interest shall be computed on the basis of the Federal Cost of Money Rate (Renegotiation Rate). (31 U.S.C. §3902(a))

**5.6    PAYMENT OF LOWER TIER SUBCONTRACTORS AND SUPPLIERS.** The Subcontractor agrees to incorporate a payment clause and an interest penalty clause conforming to the requirements of the Prompt Payment Act (31 U.S.C. §3905) in its subcontracts with its subcontractors or suppliers and to require them to include such clauses in their subcontracts with lower-tier subcontractors or suppliers. The payment clause and interest penalty clause shall not apply to routine commercial transactions that are not the subject of a contract agreement requiring compliance with specifications, terms, or conditions applicable to this Agreement or the Contract Documents.

**5.7    LOWER TIER SUBCONTRACTOR RIGHTS.** The Subcontractor will not invoice the Contractor for any sums it intends to withhold or suspend. If the Subcontractor withholds sums at any time, Subcontractor will notify the Contractor and the Contractor shall deduct the amount withheld from the next payment to Subcontractor.

To the extent that the Prompt Payment Act Amendments of 1988 require certain actions by the Contractor for the benefit of the Subcontractor, the Subcontractor will take identical actions for the benefit of its lower tier subcontractors. Accordingly, Subcontractor is bound to the Contractor as the Contractor is bound to the Owner and is further bound to its lower tier subcontractors for those obligations which Contractor owes to Subcontractor under the provisions of the Act.

<u>**ARTICLE 6**</u>
**CHANGES, CLAIMS AND DELAYS**

**6.1   CHANGES.** When the Contractor orders in writing, the Subcontractor, without nullifying this Agreement, shall make any and all changes in the Work which are within the general scope of this Agreement.

Adjustments in the Contract Price or contract time, if any, resulting from such changes shall be set forth in a Subcontract Change Order or a Subcontract Construction Change Directive. No such adjustments shall be made for any changes performed by the Subcontractor that have not been ordered by the Contractor.

A Subcontract Change Order is a written instrument prepared by the Contractor and signed by the Subcontractor stating their agreement upon the change in the scope of the Work, adjustment in the Contract Price or Schedule of Work. A Subcontract Construction Change Directive is a written instrument prepared by the Contractor directing a change in the Work and stating a proposed adjustment, if any, in the Contract Price or Schedule of Work or both. A Subcontract Construction Change Directive shall be used in the absence of agreement on the terms of a Subcontract Change Order.

**6.2    CLAIMS RELATING TO OWNER.**

**6.2.1    SUBCONTRACTOR'S CLAIMS.** The Subcontractor agrees to make all claims for which the Owner is or may be liable. Any dispute arising under this Agreement relating to the Owner may be pursued as follows:

(a)  The Contractor may include the dispute in a claim against the Owner and may require the Subcontractor to participate in the prosecution and share in the expense of such claim; or

(b)  The Subcontractor, subject to the Contractor's approval and in accordance with agreed-upon procedures and conditions, may at its own expense submit a claim against the Owner in the name of the Contractor.

(c)  For any claim regardless of amount brought against the Owner, the Subcontractor shall provide to the Contractor a certification as required by the Contract Disputes Act (41 U.S.C. §605).

(d)  For any claim brought against the Owner, the Owner's final decision or any  final ruling in accordance with the Contract Disputes Act shall be final and binding upon the Subcontractor and the Subcontractor shall have no recourse against the Contractor.

**6.2.2    DUTY TO PROCEED.** The Subcontractor shall proceed diligently with performance of the Work pending final resolution of any request for relief, claim, appeal, or action arising under this Agreement.

**6.2.3    NOTICE REQUIREMENTS.** To the extent the Contract Documents or the Federal Acquisition Regulations require the Contractor to give the various specific notices to the Owner as the work progresses, the Subcontractor shall give timely written notice to the Contractor sufficiently in advance of the time limits to enable the Contractor to act in accordance with the Owner's requirements. Otherwise, the Subcontractor will be deemed to have waived any claims based on such events.

**6.3    CLAIMS    RELATING    TO CONTRACTOR.** The Subcontractor shall give the Contractor written notice of all claims not included in Paragraph 6.2 within five (5) days of the occurrence of the event for which claim is made; otherwise, such claims shall be deemed waived.

All unresolved claims, disputes and other matters in question between the Contractor and the Subcontractor not relating to claims included in Paragraph 6.2 shall be resolved in the manner provided in Article 14.

**6.4    DELAY.** If the progress of the Subcontractor's Work is substantially delayed without the fault or responsibility of the Subcontractor, then the time for the Subcontractor's Work shall be extended by Subcontract Change Order or Subcontract Change Directive to the extent obtained by the Contractor under the Contract Documents and the Schedule of Work shall be revised accordingly.

The Contractor shall not be liable to the Subcontractor for any damages or additional compensation as a consequence of delays  caused by any person not a party to this Agreement unless the Contractor has first

recovered the same on behalf of the Subcontractor from said person, it being understood and agreed by the Subcontractor  that, apart from recovery from said person, the Subcontractor's sole and exclusive remedy for delay shall be an extension in the time for performance of the Subcontractor's Work.

**6.5     LIQUIDATED DAMAGES.** If the Contract Documents provide for liquidated or other damages for delay beyond the completion date set forth in the Contract Documents, and such damages are assessed, then the Contractor may assess same against the Subcontractor in proportion to the Subcontractor's share of the responsibility for such delay. However, the amount of such assessment shall not exceed the amount assessed against the Contractor.

Nothing set forth herein shall limit the Subcontractor's liability to the Contractor for the Contractor's actual delay damages caused by the Subcontractor's delay. The Subcontractor shall be liable to the Contractor for the Contractor's actual damages caused by the Subcontractor's delay.

**ARTICLE 7**
**CONTRACTOR'S OBLIGATIONS**

**7.1     OBLIGATIONS DERIVATIVE.** Prior to executing this Subcontract, the Contractor shall make available to the Subcontractor the Contract Documents which are binding on the Subcontractor asset forth in Paragraph 16.5.

**7.2     AUTHORIZED REPRESENTATIVE.** The Contractor shall designate one or more persons who shall be the Contractor's authorized representative(s) (a) on-site and   (b)     off-site.      Such     authorized representative(s) shall be the only person(s) the Subcontractor shall look to for instructions, orders and/or directions, except in an emergency affecting the safety of persons or property.

**7.3   STORAGE APPLICATIONS.** The Subcontractor shall utilize only on-site storage locations for material, equipment, tools, lifts, etc, that have been approved by the Contractor, if available.

**7.4     TIMELY COMMUNICATIONS.** The Contractor shall transmit, with reasonable promptness, all submittals, transmittals, and written approvals relating to the Subcontractor's Work.

**7.5     NON-CONTRACTED SERVICES.** The Contractor agrees, except as otherwise provided in this Agreement, that no claim for non-contracted construction services rendered or materials furnished shall be valid unless the Contractor provides the Subcontractor notice:

(a)  prior to furnishing of the services and materials, except in an emergency affecting the safety of persons or property.

(b)  in writing of such claim within three days of first furnishing such services or materials; and

(c)  the written charges for such services or materials no later than the fifteenth (15th) day of the calendar month following that in which the claim originated.

**ARTICLE 8**

**SUBCONTRACTOR'S OBLIGATIONS**

**8.1     OBLIGATIONS DERIVATIVE.** The The Prime Contract between Contractor and the Owner is incorporated herein by this reference. Subcontractor binds itself to the Contractor under this Agreement in the same manner as the Contractor is bound to the Owner under the Contract Documents, applicable Federal Acquisition Regulations and supplemental agency regulations; Subcontractor shall owe all obligations to Contractor that Contractor owes to the Owner under the Prime Contract; and the Subcontractor will so bind its

lower-tier subcontractors. The Subcontractor shall make available to its lower-tier subcontractors the Contract Documents which are binding on the lower-tier subcontractors.

**8.2 RESPONSIBILITIES.** The Subcontractor shall furnish all of the labor, materials, equipment, and services, including, but not limited to, competent supervision, shop drawings, samples, tools, and scaffolding as are necessary for the proper performance of the Subcontractor's Work in strict accordance with and reasonably inferable from the Contract Documents.

The Subcontractor shall provide a list of proposed subcontractors, and suppliers, be responsible for taking field dimensions, providing tests, ordering of materials and all other actions as required to meet the Schedule of Work.

**8.3 SHOP DRAWINGS.** The Subcontractor shall be responsible to the Contractor for the accuracy and conformity with the Contract Documents and other submittals that pertain to its work in the same manner as the Contractor is responsible therefor to the Owner. Shop drawings, or their approval by the Contractor, shall not be deemed to authorize deviations or substitutions from the requirements of the Contract Documents.

**8.4 TEMPORARY SERVICES.** The Subcontractor shall furnish all temporary services and/or facilities necessary to perform its work, except as provided in Article 16. Said article also identifies those common temporary services (if any) which are to be furnished by the Subcontractor.

**8.5 COORDINATION.** The Subcontractor shall:

(a) cooperate with the Contractor and all others whose work may interfere with the Subcontractor's Work.

(b) specifically note and immediately advise the Contractor of any such interference with the Subcontractor's Work; and

(c) participate in the preparation of coordination drawings and work schedules in areas of congestion.

**8.6 AUTHORIZED REPRESENTATIVE.** The Subcontractor shall designate one or more persons who shall be the authorized Subcontractor's representative(s) (a) on-site and (b) off-site. Such authorized representative(s) shall be the only person(s) to whom the Contractor shall issue instructions, orders, or directions, except in an emergency affecting the safety of persons or property.

**8.7 PROVISION FOR INSPECTION.** The Subcontractor shall notify the Contractor when portions of the Subcontractor's Work are ready for inspection. The Subcontractor shall at all times furnish the Contractor and its representatives' adequate facilities for inspecting materials at the site or any place where materials under this Agreement may be in the course of preparation, process, manufacture or treatment.

The Subcontractor shall furnish to the Contractor in such detail and as often as required, full reports of the progress of the Subcontractor's Work irrespective of the location of such work.

**8.8 CLEANUP.** The Subcontractor shall follow the Contractor's cleanup and safety directions, and

(a) at all times keep the building and premises free from debris and unsafe conditions resulting from the Subcontractor's Work; and

(b) broom clean each work area prior to discontinuing work in the same.

If the Subcontractor fails to immediately commence compliance with clean-up duties within twenty-four (24) hours after written notification from the Contractor of non- compliance, the Contractor may implement such

*1K*

cleanup measures without further notice and deduct the cost thereof from any amounts due or to become due the Subcontractor.

**8.9**     **SAFETY.** The prevention of accidents on or in the vicinity of its Work is the Subcontractor's sole and exclusive responsibility, even if Contractor establishes a safety program for the entire Project. Subcontractor shall establish a safety program implementing safety measures, policies and standards conforming to those required or recommended by governmental and quasi-governmental authorities having jurisdiction and by the Contractor and Owner, including, but not limited to, requirements imposed by the Contract Documents. Subcontractor shall comply with the reasonable recommendations of insurance companies having an interest in the Project and shall stop any part of the Work which Contractor deems unsafe until corrective measures satisfactory to Contractor shall have been taken. Contractor's failure to stop Subcontractor's unsafe practices shall not relieve Subcontractor of sole and exclusive responsibility therefor. Subcontractor shall notify Contractor immediately following any accident and promptly confirm the notice in writing. A detailed written report shall be furnished if requested by the Contractor. Subcontractor shall indemnify Contractor for fines, damages or expenses incurred by the Contractor because of the Subcontractor's failure to comply with safety requirements.

**8.10**     **PROTECTION OF THE WORK.** The Subcontractor shall take necessary precautions to properly protect the Subcontractor's Work and the work of others from damage caused by the Subcontractor's operations. Should the Subcontractor cause damage to the Work or property of the Owner, the Contractor or others, the Subcontractor shall promptly remedy such damage to the satisfaction of the Contractor, or the Contractor may so remedy and deduct the cost thereof from any amounts due or to become due the Subcontractor.

**8.11**     **PERMITS, FEES AND LICENSES.** The Subcontractor shall give adequate notices to authorities pertaining to the Subcontractor's Work and secure and pay for all permits, fees, licenses, assessments, inspections, and taxes necessary to complete the Subcontractor's Work in accordance with the Contract Documents.

To the extent obtained by the Contractor under the Contract Documents, the Subcontractor shall be compensated for additional costs resulting from laws, ordinances, rules, regulations, and taxes enacted after the date of the Agreement.

**8.12**     **SUBCONTRACTOR ASSIGNMENT OF WORK.** The Subcontractor shall not assign the whole nor any part of the Subcontractor's Work without prior written approval of the Contractor. The Contractor's approval shall not be unreasonably withheld. Lower-tier subcontractors and suppliers previously approved by the Contractor may be listed at Paragraph 16.4.

**8.13**     **NON-CONTRACTED SERVICES.** The Subcontractor agrees, except as otherwise provided in this Agreement, that no claim for non-contracted construction services rendered or materials furnished shall be valid unless the Subcontractor provides the Contractor notice:

   (a)  prior to furnishing of the services or materials, except in an emergency affecting the safety of persons or proper- ty;

   (b)  in writing of such claim within three days of first furnishing such services or materials; and

   (c)  the written charge for such services or materials no later than the fifteenth (15th) day of the calendar month following that in which the claim originated.

**8.14**     **MATERIALS SAFETY.** To the extent that the Contractor is not obligated by the Contract Documents or by law to perform work which involves pollutants, hazardous or toxic substances, hazardous waste, asbestos or PCB's, the Subcontractor likewise is not obligated. To the extent that the Contractor has

obligations under the Contract Documents or by law regarding such materials within the scope of the Subcontractor's Work, the Subcontractor likewise shall have these obligations.

**8.15    ASSIGNMENT PROVISION.** Every agreement for any portion of the Work between Subcontractor and any other entity is assigned by Subcontractor to Contractor provided that the assignment is only effective after termination of the agreement by Contractor pursuant to Article 10, for cause and only for those assignments that Contractor accepts by notifying the assignee in writing.

Subcontractor shall include the following language in its contracts with any other entity for any part of the Work: "*In the event of a termination of the contract between Contractor and Subcontractor, the Subcontractor shall assign this sub-subcontract to the Contractor if the Contractor agrees to such assignment, subject to all provisions of the contract between Contractor and Subcontractor. In such event, Contractor shall assume the Subcontractor's rights and obligations under this Agreement.*"

**ARTICLE 9**
**SUBCONTRACT PROVISIONS**

**9.1    LAYOUT RESPONSIBILITY AND LEVELS.** The Subcontractor shall establish principal axis lines of the building and site. The Subcontractor shall lay out and be strictly responsible for the accuracy of the Subcontractor's Work and for any loss or damage to the Contractor or others by reason of the Subcontractor's failure to set out or perform its work correctly. The Subcontractor shall exercise prudence so that the actual final conditions and details shall result in alignment of finish surfaces.

**9.2    WORKMANSHIP.** Every part of the Subcontractor's Work shall be executed in strict accordance with the Contract Documents in the most sound, workmanlike, and substantial manner. All workmanship shall be of the best of its several kinds, and all materials used in the Subcontractor's Work shall be furnished in ample quantities to facilitate the proper and expeditious execution of the work, and shall be new, except such materials as may be expressly provided in the Contract Documents to be otherwise.

**9.3    MATERIALS FURNISHED BY OTHERS.** In the event the scope of the Subcontractor's Work includes installation of materials or equipment furnished by others, it shall be the responsibility of the Subcontractor to examine the items so provided and thereupon handle, store, and install the items with such skill and care as to ensure a satisfactory and proper installation. Loss or damage due to acts of the Subcontractor shall be deducted from any amounts due or to become due the Subcontractor.

**9.4    SUBSTITUTIONS.** No substitutions shall be made in the Subcontractor's Work unless permitted in the Contract Documents and only then upon the Subcontractor first receiving all approvals required under the Contract Documents for substitutions. The Subcontractor shall indemnify the Contractor because of such substitutions, whether or not the Subcontractor has obtained approval thereof.

**9.5    USE OF CONTRACTOR'S EQUIPMENT.** The Subcontractor, its agents, employees, subcontractors, or suppliers shall not use the Contractor's equipment without the express written permission of the Contractor's designated representative.

If the Subcontractor or any of its agents, employees, suppliers or lower tier subcontractors utilize any machinery, equipment, tools, scaffolding, hoists, lifts or similar items owned, leased, or under the control of the Contractor, the Subcontractor shall defend, indemnify and be liable to the Contractor as provided in Article 12 for any loss or damage (including personal injury or death) which may arise from such use, except where such loss or damage shall be found to have been due solely to the negligence of the Contractor's employees operating such equipment.

**9.6    CONTRACT BOND REVIEW.** The Contractor's Payment Bond for the Project, if any, may be reviewed and copied by the Subcontractor.

**9.7     PRIVITY.** Until final completion of the Project, the Subcontractor agrees not to perform any work directly for the Owner or any tenants thereof, or deal directly with the Owner's representatives in connection with the Project, unless otherwise directed in writing by the Contractor. All Work for this Project performed by the Subcontractor shall be processed and handled exclusively by the Contractor.

**9.8     SUBCONTRACT BOND.** If a Performance and Payment Bond is required of the Subcontractor under Article 16, then within the duration of this Agreement, the Contractor may require such bonds before work is started and the Subcontractor shall provide the same. Said bonds shall be in the full amount of this Agreement in a form and by a surety satisfactory to the Contractor. The Subcontractor shall be reimbursed without retainage for cost of same simultaneously with the first progress payment hereunder. The reimbursement amount for the bonds shall not exceed the manual rate for such subcontractor work.

In the event the Subcontractor shall fail to promptly provide such requested bonds, the Contractor may terminate this Agreement and re-let the work to another Subcontractor and all Contractor costs and expenses incurred thereby shall be paid by the Subcontractor.

**9.9     WARRANTY.** The Contractor warrants to the Owner and Architect that materials and equipment furnished under this Subcontract will be of good quality and new unless the Contract Documents require or permit otherwise. The Contractor further warrants that the Work will be performed in a good and workman-like manner, will conform to the requirements of the Contract Documents, and will be free from defects, except for those inherent in the quality of the Work the Contract Documents require or permit. Work, materials, or equipment not conforming to these requirements shall be considered defective..

The Subcontractor agrees to satisfy such warranty obligations which appear within the warranty period established in the Contract Documents without cost to the Owner or the Contractor.

If no warranty is required of the Contractor in the Contract Documents, then the Subcontractor shall warrant its work as described above for the period of one year from the date(s) of substantial completion of all or a designated portion of the Subcontractor's Work or acceptance or use by the Contractor or Owner of designated equipment, whichever is sooner.

The Subcontractor further agrees to execute any special warranties that may be required for the Subcontractor's Work prior to final payment.

**ARTICLE 10**
**RECOURSE BY CONTRACTOR**

**10.1   FAILURE OF PERFORMANCE**

**10.1.1   NOTICE TO CURE.** If the Subcontractor refuses or fails to supply enough properly skilled workers, proper materials, or maintain the Schedule of Work, or it fails to make prompt payment for its workers, lower-tier subcontractors or suppliers, disregards laws, ordinances, rules, regulations or orders of any public authority having jurisdiction, or otherwise is guilty of a material breach of a provision of this Agreement, the Subcontractor shall be deemed in default of this Agreement. If the Subcontractor fails within three (3) working days after written notification to commence and continue satisfactory correction of such default with diligence and promptness, then the Contractor, without prejudice to any rights or remedies, shall have the right to any or all of the following remedies:

(a) supply such number of workers and quantity of materials, equipment and other facilities as the Contractor deems necessary for the completion of the Subcontractor's Work; or any part thereof which the Subcontractor has failed to complete or perform after the aforesaid notice, and charge the cost thereof to the Subcontractor, who shall be liable for the payment of same, including reasonable overhead, profit and attorney's fees;

(b) contract with one or more additional contractors to perform such part of the Subcontractor's Work as the Contractor shall determine will provide the most expeditious completion of the total Work and charge the cost thereof to the Subcontractor.

(c) withhold payment of any monies due the Subcontractor pending corrective action in amounts sufficient to cover losses and compel performance to the extent required by and to the satisfaction of the Contractor and in the manner described at Paragraph 5.2 and without obligation for late payment interest penalty; and

(d) in the event of an emergency affecting the safety of persons or property, the Contractor may proceed as above without notice.

**10.1.2 TERMINATION BY CONTRACTOR.** If the Subcontractor fails to commence and satisfactorily continue correction of a default within three (3) working days after written notification issued under Subparagraph 10.1.1, then the Contractor may, in lieu of or in addition to Subparagraph 10.1.1, issue a second written notification to the Subcontractor and its surety, if any. Such notice shall state that if the Subcontractor fails to commence and continue correction of a default within seven (7) working days of the written notification, the Agreement will be deemed terminated and the Contractor may use any materials, implements, equipment, appliances or tools furnished by or belonging to the Subcontractor to complete the Subcontractor's Work.

The Contractor also may furnish those materials, equipment and/or employ such workers or subcontractors as the Contractor deems necessary to maintain the orderly progress of the Work.

All costs incurred by the Contractor in performing the Subcontractor's Work, including reasonable overhead, profit and attorney's fees, shall be deducted from any monies due or to become due the Subcontractor. The Subcontractor shall be liable for the payment of any amount by which such expense may exceed the unpaid balance of the subcontract price.

**10.1.3 USE OF SUBCONTRACTOR'S EQUIPMENT.** If the Contractor performs work under this Article or sublets such work to be so performed, the Contractor and/or the persons to whom work has been sublet shall have the right to take and use any materials, ~~implements, equipment, appliances or tools~~ furnished by, belonging or delivered to the Subcontractor and located at the Project.

**10.2 BANKRUPTCY**

**10.2.1 TERMINATION ABSENT CURE.** If Subcontractor files a petition under the Bankruptcy Code, this Agreement shall terminate if the Subcontractor or the Subcontractor's trustee rejects the Agreement or, if there has been a default, the Subcontractor is unable to give adequate assurance that the Subcontractor will perform as required by this Agreement or otherwise is unable to comply with the requirements for assuming this Agreement under the applicable provisions of the Bankruptcy Code.

**10.2.2 INTERIM REMEDIES.** If the Subcontractor is not performing in accordance with the Schedule of Work at the time a petition in bankruptcy is filed, or at any subsequent time, the Contractor, while awaiting the decision of the Subcontractor or its trustee to reject or to assume this Agreement and provide adequate assurance of its ability to perform hereunder, may avail itself of such remedies under this Article as are reasonably necessary to maintain the Schedule of Work.

The Contractor may offset against any sums due or to become due the Subcontractor all costs incurred in pursuing any of the remedies provided hereunder, including, but not limited to, reasonable overhead, profit, and attorney's fees.

The Subcontractor shall be liable for the payment of any amount by which such expense may exceed the unpaid balance of the Contract Price.

_IK_

**10.3     SUSPENSION BY OWNER.** Should the Owner suspend the Contract with the Contractor or any part which includes the Subcontractor's Work, the Contractor shall so notify the Subcontractor in writing and upon written notification the Subcontractor shall immediately suspend the Subcontractor's Work.

In the event of such Owner suspension, the Contractor's liability to the Subcontractor is limited to the extent of the Contractor's recovery on the Subcontractor's behalf under the Contract Documents. The Contractor agrees to cooperate with the Subcontractor, at the Subcontractor's expense, in the prosecution of any Subcontractor claim arising out of an Owner suspension and to permit the Subcontractor to prosecute said claim, in the name of the Con- tractor, for the use and benefit of the Subcontractor.

**10.4     TERMINATION BY OWNER.** Should the Owner terminate the contract with the Contractor or any part which includes the Subcontractor's Work, the Contractor shall so notify the Subcontractor in writing and upon written notification, this Agreement shall be terminated and the Subcontractor shall immediately stop the Subcontractor's Work, follow all of Contractor's instructions, and mitigate all costs.

In the event of such Owner termination, the Contractor's liability to the Subcontractor is limited to the extent of the Contractor's recovery on the Subcontractor's behalf under the Contract Documents.

**10.5     TERMINATION OR SUSPENSION BY CONTRACTOR.** The Contractor may order the Subcontractor in writing to terminate, suspend, delay, or interrupt all or any part of the Subcontractor's Work for such period of time as the Contractor may determine in its sole discretion. .

The Subcontractor shall notify the Contractor in writing within ten (10) working days after receipt of the Contractor's order of the effect of such order upon the Subcontractor's Work. To the extent allowed the Contractor under the Contract Documents, the Contract Price or contract time shall be adjusted by Subcontract Change Order for any increase in the time or cost of performance of this Agreement caused by such suspension, delay, or interruption.

No claim under this Article shall be allowed for any costs incurred more than ten (10) working days prior to the Subcontractor's notice to the Contractor.

Neither the Contract Price nor the contract time shall be adjusted under this Article for any suspension, delay or interruption to the extent that performance would have been so  suspended, delayed, or interrupted by the fault  or negligence of the Subcontractor or by a cause for which the Subcontractor would have been responsible.

The Contract Price shall not be adjusted under this Article for any suspension, delay or interruption to the extent that performance would have been suspended, delayed or interrupted by a cause for which the Subcontractor would have  been entitled only to a time extension under this Agreement.

~~**10.6     WRONGFUL EXERCISE.** If the Contractor wrongfully exercises any option under this Article, the Contractor shall be liable to the Subcontractor solely for the reasonable value of work performed by the Subcontractor prior to the Contractor's wrongful action, including reasonable overhead and profit on the Work performed, less prior payments made, and attorney's fees.~~

## **ARTICLE 11**

Intentionally left Blank

<span style="float:right">IK</span>

# ARTICLE 12

## INDEMNIFICATION

**12.1** **SUBCONTRACTOR'S PERFORMANCE.** To the fullest extent permitted by law, Subcontractor shall indemnify, hold harmless, reimburse and defend Contractor, Owner, all other persons or entities with interests in the Project property, and the executives, managers, trustees, directors, officers, attorneys, designees, agents, employees, successors and assigns of any of them (the "Indemnitees") from, for and against liabilities, penalties, suits, claims, damages (both economic and non-economic), losses, costs, disbursements, and expenses of any and all kinds (collectively, "Damages"), including but not limited to attorneys' fees and expert witnesses' fees, arising out of or resulting from performance of the Work, whether or not such Damages are attributable to bodily injury, sickness, disease or death, or to injury to or destruction of real or personal property (including the Work itself and loss of use of the Work), but only to the extent caused by the negligent acts or omissions or by breach of contract or other failure or misconduct of the Subcontractor, anyone directly or indirectly employed by Subcontractor, or anyone for whose acts Subcontractor may be liable, or by failure of such person or entity to perform as required by the Contract, ~~regardless of whether or not such Damages are caused in part by a party indemnified hereunder~~. The obligations of this Section (i) shall not be construed to negate, abridge, or reduce other rights or obligations of indemnity which would otherwise exist as to a party or person described in this Section and (ii) shall not be limited to claims, damages, losses, and expenses arising from third party claims.

Subcontractor shall require each of its subcontractors, by subcontract or other agreement, to indemnify, hold harmless, reimburse, and defend the Indemnitees to the same extent as required of the Subcontractor in this Section.

**12.2** **NO LIMITATION UPON LIABILITY.** In any and all claims against the Owner or the Contractor (including its affiliates, parents and subsidiaries) and other contractors or subcontractors, or any of their agents or employees, by any employee of the Subcontractor, anyone directly or indirectly employed by the Subcontractor or anyone for whose acts the Subcontractor may be liable, the indemnification obligation under this Article 12 shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under worker's or workmen's compensation acts, disability benefit acts or other employee benefit acts.

**12.3** **OWNER EXCLUSION.** The obligation of the Subcontractor under this Article 12 shall not extend to the liability of the Owner, its agents, or employees, arising out of (a) the preparation or approval of maps, drawings, opinions, reports, surveys, Change Orders, designs or specifications, or (b) the giving of or the failure to give directions or instructions by the Owner, its agents or employees, provided such giving or failure to give is the primary cause of the injury or damage.

**12.4** **COMPLIANCE WITH LAWS.** The Subcontractor agrees to be bound by, and at its own cost, comply with all federal, state and local laws, ordinances and regulations (hereinafter collectively referred to as "laws") applicable to the Subcontractor's Work including, but not limited to the applicable Federal Acquisition Regulations, agency supplemental regulations, equal employment opportunity, minority business enterprise, women's business enterprise, disadvantaged business enterprise, safety and all other laws with which the Contractor must comply according to the Contract Documents.

The Subcontractor shall be liable to the Contractor and the Owner for all loss, cost and expense attributable to any acts of commission or omission by the Subcontractor, its employees and agents resulting from the failure to comply therewith, including, but not limited to, any fines, penalties or corrective measures.

**12.5** **PATENTS.** Except as otherwise provided by the Contract Documents, the Subcontractor shall pay all royalties and license fees which may be due on the inclusion of any patented materials in the Subcontractor's Work. The Subcontractor shall defend all suits for claims for infringement of any patent rights arising out of

the Subcontractor's Work, which may be brought against the Contractor or Owner, and shall be liable to the Contractor and Owner for all loss, including all costs, expenses, and attorney's fees.

**12.6     CERTIFICATIONS.** The Subcontractor agrees to indemnify and hold harmless the Contractor from any liability to the Owner arising out of an alleged violation of certification requirements of the Contract Disputes Act (41 U.S.C. §605), the Prompt Payment Act (31 U.S.C. §3903), or other federal statutes relating to the validity of Subcontractor claims, proposals, applications or requests for payment.

**12.7     HAZARDOUS MATERIALS.** The Subcontractor shall release, indemnify, protect, defend, and hold the Owner and Contractor harmless from and against any and all claims, demands, causes of actions or contentions, including costs and attorney's fees, for or relative to any of the matters connected with or arising out of the Subcontractor's Work including, but not limited to, the creation, use, existence or delivery of Hazardous Materials at the Project site or the release or threatened release of Hazardous Materials from the site pursuant to the Comprehensive Environmental Response and Compensation Liability Act, 42 USC §9601, et seq., as amended ("CERCLA"); the Solid Waste Disposal Act, 42 USC § 6901 et seq., as amended ("SWDA"); or any other applicable federal or state statutory or common law; which claims, demands, causes of action or contentions are against the Owner or Contractor asserted by any party, including, but not limited to claims asserted by any governmental entity or private party.

**ARTICLE 13**

**INSURANCE**

**SUBCONTRACTOR'S INSURANCE**

**13.1** Subcontractor shall purchase and maintain the following insurance coverages as a minimum to protect the Subcontractor and Contractor and Owner and/or Engineer and/or Architect, as may be required in prime contract, from claims set forth below which may arise out of or result from operations of the Subcontractor under this Agreement, whether such claims arise during performance or subsequent to completion of the operations under the Agreement and whether such operations be by Subcontractor or by anyone directly or indirectly employed by Subcontractor or by anyone for whose acts Subcontractor may be liable. Insurance shall be purchased from a company licensed to do business in the state where the Project is located and shall be written for not less than the limits of liability specified below or as stipulated within the Main Contract, whichever is greater. The types of claims, required coverage and minimum limits of liability are as follows:

1. <u>Workers Compensation/Employers Liability:</u> Claims under Workers' Compensation, disability benefit and other similar employee benefit acts; claims for damages because of bodily injury, occupational sickness or disease or death of employees. Minimum insurance coverage shall include Coverage A for statutory benefits and Coverage B Employers Liability or Stop Gap when applicable at the minimum limits below:

   a) Bodily Injury Each Accident $1,000,000.00

   b) Bodily Injury By Disease - Policy Limit: $1,000,000.00

   c) Bodily Injury By Disease - Each Employee: $1,000,000.00

   d) Workers; Compensation coverage must extend to every employee, including all owners and officers of a closely held corporation and/or individuals operating as a sole proprietorship or partnership.

2. <u>Commercial General Liability</u>: Insurance, coverage to be on "Occurrence" basis and not "Claims-Made", to provide coverage for Claims for damages because of bodily injury, occupational sickness or disease or death, by any person other than employees; Claims for personal injuries which are sustained by (1) any person as a result of an act or omission directly or indirectly related to the employment of such person by the Subcontractor, or (2) any other person; Claims for damages other than to the Project itself, because of injury to or destruction of tangible property including loss of use resulting therefrom. Insurance coverage shall include:

   a) Premises - Operations

   b) Products - Completed Operations

   c) Blanket Contractual - As will cover the provisions of the Agreement including, but not limited to, any indemnity provisions

   d) Broad Form Property Damage

   e) Personal Injury

   f) Blanket Explosion, Collapse and Underground Property Damage

   g) Operations of Independent Contractors

   h) Additional Insured as stated in 6.3.a

Minimum Policy Limits:

General Aggregate: $2,000,000.00

**13.2** Products/C Subcontractor shall purchase and maintain the following insurance coverages as a minimum to protect the Subcontractor and Contractor and Owner and/or Engineer and/or Architect, as may be required in prime contract, from claims set forth below which may arise out of or result from operations of the Subcontractor under this Agreement, whether such claims arise during performance or subsequent to completion of the operations under the Agreement and whether such operations be by Subcontractor or by anyone directly or indirectly employed by Subcontractor or by anyone for whose acts Subcontractor may be liable. Insurance shall be purchased from a company licensed to do business in the state where the Project is located and shall be written for not less than the limits of liability specified below or as stipulated within the Main Contract, whichever is greater. The types of claims, required coverage and minimum limits of liability are as follows:

   1. <u>Workers Compensation/Employers Liability:</u> Claims under Workers' Compensation, disability benefit and other similar employee benefit acts; claims for damages because of bodily injury, occupational sickness or disease or death of employees. Minimum insurance coverage shall include Coverage A for statutory benefits and Coverage B Employers Liability or Stop Gap when applicable at the minimum limits below:

   a) Bodily Injury Each Accident $1,000,000.00

   b) Bodily Injury By Disease - Policy Limit: $1,000,000.00

   c) Bodily Injury By Disease - Each Employee: $1,000,000.00

d) Workers; Compensation coverage must extend to every employee, including all owners and officers of a closely held corporation and/or individuals operating as a sole proprietorship or partnership.

2. Commercial General Liability: Insurance, coverage to be on "Occurrence" basis and not "Claims-Made", to provide coverage for Claims for damages because of bodily injury, occupational sickness or disease or death, by any person other than employees; Claims for personal injuries which are sustained by (1) any person as a result of an act or omission directly or indirectly related to the employment of such person by the Subcontractor, or (2) any other person; Claims for damages other than to the Project itself, because of injury to or destruction of tangible property including loss of use resulting therefrom. Insurance coverage shall include:

a) Premises - Operations

b) Products - Completed Operations

c) Blanket Contractual - As will cover the provisions of the Agreement including, but not limited to, any indemnity provisions

d) Broad Form Property Damage

e) Personal Injury

f) Blanket Explosion, Collapse and Underground Property Damage

g) Operations of Independent Contractors

h) Additional Insured as stated in 6.3.a

Minimum Policy Limits:

General Aggregate: $2,000,000.00

Products/Completed Operations Aggregate: $2,000,000.00 Personal Injury: $2,000,000.00

Each Occurrence: $2,000,000.00

3. Automobile: Subcontractor shall provide automobile coverage for bodily injury or death of any person, or any property damage, arising out of the ownership or use of any motor vehicle, whether owned, hired or non-    owned with limits of $2,000,000.00 Combined single limit for each occurrence for bodily injury and death, or property damage. Policy will include Additional Insured as stated in 6.3.b.

4. Umbrella/Excess: Umbrella or excess liability insurance with a limit of $5,000,000 per occurrence and in the aggregate. Coverage will be excess limits that have been provided in paragraph a), b) and c). Coverage is a following form or as broad as the underlying coverage. The coverage limits required by paragraphs a), b) and c) above may be achieved by the use of an Umbrella/Excess Liability policy in combination with primary Employer's Liability, General Liability and Automobile Liability policies

**13.3** Waiver of Subrogation: To the extent permitted by law, the Subcontractor's insurer shall agree to waive all rights of subrogation against the Contractor, its officers, officials, employees and

volunteers for losses arising from work performed by the Subcontractor for the Contractor for coverage referenced in a), b) and c). Subcontractor shall attach the waivers of subrogation endorsements to the Acord Certificates for each of the policies.

**13.4**     Additional Insured Requirements:

1. The Commercial General Liability insurance policy shall be endorsed to name Owner, and Contractor, and others as may be required by the Main Contract as additional insured, using the Insurance Service Office, Inc. (lSO) endorsements (CG 20 10 10 01 and CG 20 37 10 01 or CG 20 10 11 85) or equivalent. Coverage to include claims for "Products/Completed Operations." The aforesaid policy or policies of insurance shall be considered primary insurance without recourse to or contribution from any similar insurance in place to the benefit of the aforementioned Additional Insureds. Subcontractor shall attach the additional insured endorsements to the Acord Certificates.

2. The Automobile Liability insurance shall be endorsed to name Owner and Contractor as additional insured using Standard Insurance Service Officer (ISO) endorsements. Subcontractor shall attach the additional insured endorsement to the Acord Certificate.

**13.5**     Pollution Legal Liability: If the work contemplates handling or hauling other pollutants or use of chemicals that could result in a pollutant release in the air or ground if not used properly, then subcontractor shall provide liability insurance to cover, among other things, claims arising out of all hazardous material and hazardous waste remediation, storage, transportation and disposal or clean up. Such insurance shall be written on an occurrence basis with no sunset clause, or on a claims made basis with coverage being continuously renewed for a minimum of five years or a minimum 5 year extended reporting period (tail) with limit of not less than $5,000,000 each Occurrence (if written on an occurrence basis) or $5,000,000 each Claim (if written on a claims made basis). If coverage is claims made, the retroactive date shall be prior to the commencement of any work and shall not be changed to a date after the work started on either the current or any renewal policies. Coverage shall include liability assumed under contract. If the work involves hauling pollutants offsite, then coverage shall apply to transportation and the policy shall not have any exclusions for transportation. If the work involves disposal of the pollutants at another site, then coverage shall apply to liability from non-owned disposal sites. Contractor, Owner and any other party required by contract shall be named as additional insured. Coverage is only required if this clause is checked.  Check if applicable._____

**13.6**     Professional Liability: All Subcontractors with design responsibility or providing professional services shall provide a Professional Liability/Errors and Omissions Liability with limit of liability no less than $2,000,000 per claim. Should contractor have a deductible or self-insured greater than $50,000 per claim, Subcontractor will be required to notify the Contractor and obtain Contractor's approval for the deductible/self-insured retention. Any deductible or self- insured retention must be clearly identified as such on the Certificate of Insurance. This insurance shall be maintained for not less that the duration of the project and continuously renewed for ten (10) years following completion of construction. Retroactive date of such policy must be on or before the date subcontractor began offering professional services and shall not be moved to a later date on either the current or any renewal policies. Coverage is only required if this clause is checked. Check if applicable.__

**13.7**     Subcontractor's coverages afforded under any of the aforesaid insurance policies shall not be canceled or materially changed without at least thirty (30) calendar days' prior written notice to Contractor. Notice of Cancellation endorsements shall be included with certificates provided to Contractor pursuant to Section 6.8 below.

IK

**13.8** All aforesaid insurance policies shall be underwritten with responsible insurance carriers, with A.M. Best's Rating of not less than A - and otherwise satisfactory to Contractor and licensed to provide insurance in the State in which the Project is located.

**13.9** Subcontractor shall deliver to Contractor certificates of insurance evidencing compliance with this insurance provision prior to the commencement of the work and any renewal term thereafter, Certificates shall be maintained for a period of time equal to the statute of limitations for the state that the contract work is performed.

**13.10** It is the express understanding and intent of the parties hereto that this insurance provision is intended to be an agreement on the part of the Subcontractor to provide Contractor the benefit of insurance coverage furnished by the Subcontractor. It is the express understanding and intent of the parties hereto that the insurance protection provided by the Subcontractor to Contractor is intended to cover personal injuries or property damage which arise in whole or in part out of the acts, omissions or negligence of the Subcontractor or any employee or agent of Subcontractor. lt is the express understanding and intent of the parties hereto that Contractor shall have indemnification from the Subcontractor to the maximum extent permitted by law as more fully described elsewhere in this Agreement in the event the Subcontractor does not obtain and keep in force the insurance coverage more fully described above.

**13.11** Insurance requirements above are not intended to limit the liability of the Subcontractor. The Subcontractor is responsible at Subcontractor's expense for providing any additional insurance Subcontractor deems necessary to protect Subcontractor's interest from other hazards or claims in excess of the aforementioned minimum insurance coverage.

**13.12** Any acceptance of insurance certificates or endorsements by Contractor shall in no way limit or relieve Subcontractor of its duties and responsibilities under this Agreement, including the duty to indemnify and hold harmless Contractor as set forth in Section 7, Indemnification, of the Agreement.

**13.13** Subcontractor will be required to obtain from all its sub-subcontractors, at all tiers, all coverages mentioned in the paragraphs above and, if applicable, in Section 6.13 below.

**13.14 CANCELLATION, RENEWAL OR MODIFICATION.** The Subcontractor shall maintain in effect all insurance coverages required under this Agreement at the Subcontractor's sole expense and with insurance companies acceptable to the Contractor. The policies shall contain a provision that the coverage will not be canceled or not renewed, nor restrictive modifications added, until at least thirty (30) days' prior written notice has been given to the Contractor. Certificates of insurance showing required coverage to be in force shall be filed with the Contractor prior to the commencement of the Subcontractor's Work. In the event the Subcontractor fails to obtain or maintain any insurance coverage required under this Agreement, the Contractor may purchase such coverage and charge the expense to the Subcontractor or terminate this Agreement.

**13.15 CONTINUATION OF COVERAGE.** The Subcontractor shall continue to carry Products and Completed Operations liability insurance for at least seven (7) years after either ninety (90) days following Substantial Completion of the Work or final payment to the Contractor, whichever is earlier. The Subcontractor shall furnish the Contractor evidence of such insurance at final payment and at one (1) year intervals thereafter.

**13.16 <u>WAIVER OF RIGHTS.</u>** The Contractor and Subcontractor, except as provided in 13.6.1 concerning flood compensation, waive all rights against each other and the Owner, separate contractors, and all other subcontractors for loss or damage to the extent covered by an Installation Floater / Builder's Risk or any other property or equipment insurance applicable to the Project and the loss except such rights as they may have to

the proceeds of such insurance; provided, however that such waiver shall not extend to the acts of the Owner listed in Paragraph 12.3.

Upon written request of the Subcontractor the Contractor shall provide the Subcontractor with a copy of the Installation Floater / Builder's Risk policy of insurance or any other equipment insurance in force for the Project and procured by the Contractor. The Subcontractor shall satisfy itself to the existence and extent of such insurance prior to commencement of the Subcontractor's Work.

If not covered under the Installation Floater / Builder's Risk policy of insurance or any other property or equipment insurance required by the Contract Documents, the Subcontractor will procure and maintain at the Subcontractor's own expense property and equipment insurance for portions of the Subcontractor's Work stored off the site or in transit, when such portions of the Subcontractor's Work are to be included in an application for payment under Article 5.

**13.17    ENDORSEMENT.** If the policies of insurance referred to in this Article require an endorsement to provide for continued coverage where there is a waiver of subrogation, the owners of such policies will cause them to be so endorsed.

## ARTICLE 14

### ARBITRATION

**14.1    AGREEMENT TO ARBITRATE.** All claims, disputes and matters in question arising out of, or relating to, this Agreement or the breach thereof, except for claims which have been waived by the making or acceptance of final payment, claims which are the subject of Paragraph 6.2, and the claims described in Paragraph 14.2, shall be decided by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association then in effect unless the parties mutually agree otherwise. Notwithstanding other provisions in the Agreement, this agreement to arbitrate shall be governed by the Federal Arbitration Act.

**14.2    EXCEPTIONS.** The agreement to arbitrate shall not apply to any claim:

(a) of contribution or indemnity asserted by one party to this Agreement against the other party and arising out of an action brought in a state or federal court or in arbitration by a person who is under no obligation to arbitrate the subject matter of such action with either of the parties hereto or does not consent to such arbitration; or

(b) asserted by the Subcontractor against the Contractor if the Contractor, or Subcontractor through the Contractor, asserts said claim, either in whole or part, against the Owner.

In any dispute arising over the application of this Paragraph 14.2, the question of arbitrability shall be decided by the appropriate court and not by arbitration.

**14.3    INITIAL DISPUTE RESOLUTION.** If a dispute arises out of or relates to this Agreement, or the breach thereof, the parties may endeavor to settle the dispute first through direct discussions. If the dispute cannot be settled through direct discussions, the parties may endeavor to settle the dispute by mediation under the Construction Industry Mediation Rules of the American Arbitration Association before recourse to arbitration. Mediation will be commenced within the time limits for arbitration stipulated in the Contract Documents. The time limits for any subsequent arbitration will be extended for the duration of the  mediation process plus ten (10) days or as otherwise provided in the Contract Documents. Issues to be mediated are subject to the exceptions in Paragraph 14.2 for arbitration. The location of the mediation shall be the same as the location for arbitration identified in Paragraph 14.4.

**14.4    NOTICE OF DEMAND.** Notice of the demand for arbitration shall be filed in writing with the other party to this Agreement and with the American Arbitration Association. The demand for arbitration shall be made within a reasonable time after written notice of the claim, dispute or other matter in question has been given, but in no event shall it be made when institution of legal or equitable proceedings based on such claim, dispute or other matter in question would be barred by the applicable statute of limitations, whichever shall first occur.

**14.5    AWARD.** The award rendered by the arbitrator(s) shall be final and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction. The losing Party shall pay the prevailing Party's reasonable attorney's fees.

**14.6    WORK CONTINUATION AND PAYMENT.** Unless otherwise agreed in writing, the Subcontractor shall carry on the Work and maintain the Schedule of Work pending arbitration. If the Subcontractor is continuing to perform, the Contractor shall continue to make payments in accordance with this Agreement.

**14.7    NO LIMITATION OF RIGHTS OR REMEDIES.** Nothing in this Article shall limit any rights or remedies not expressly waived by the Subcontractor which the Subcontractor may have under payment bonds.

**14.8    SAME ARBITRATORS.** To the extent not prohibited by their contracts with others the claims, and disputes of the Contractor, Subcontractor and other subcontractors involving a common question of fact or law shall be heard by the same arbitrator(s) in a single proceeding.

## <u>ARTICLE 15</u>

### CONTRACT INTERPRETATION

**15.1    INCONSISTENCIES AND OMISSIONS.** Should inconsistencies or omissions appear in the Contract Documents, it shall be the duty of the Subcontractor to so notify the Contractor in writing within three (3) working days of the Subcontractor's discovery thereof. Upon receipt of said notice, the Contractor shall instruct the Subcontractor as to the measures to be taken and the Subcontractor shall comply with the Contractor's instructions.

**15.2    SEVERABILITY AND WAIVER.** The partial or complete invalidity of any one or more provisions of this Agreement shall not affect the validity or continuing force and effect of any other provision. The failure of either party hereto to insist, in any one or more instances, upon the performance of any of the terms, covenants or conditions of this Agreement, or to exercise any right herein, shall not be construed as a waiver or relinquishment of such term, covenant, condition or right as respects further performance.

**15.3  TITLES.** The titles given to the Articles of this Agreement are for ease of reference only and shall not be relied upon or cited for any other purpose.

**15.4    ENTIRE CONTRACT.** This Agreement is solely for the benefit of the signatures hereto and represents the entire and integrated agreement between the parties hereto and supersedes all prior negotiations, representations, or agreements, either written or oral.

**15.5    GOVERNING LAW & VENUE.** The Parties agree that this Subcontract, and the performance or breach thereof, shall be governed and construed in accordance with the substantive and procedural laws of the <span style="color:red">State of Texas, United States of America except for FAR and FAR supplement clauses, if applicable, which shall be determined in accordance with Federal law. The location for all dispute resolution shall be at the location for which the work is being performed unless another location is mutually agreed upon by both parties.</span>

IK

# ARTICLE 16

## SPECIAL PROVISIONS

**16.1    PRECEDENCE.** It is understood the work to be performed under this Agreement, including the terms and conditions thereof, is as described in Articles 1 through 16 herein together with the following Special Provisions, which are intended to complement same. However, in the event of any inconsistency, these Special Provisions shall govern.

**16.2    SCOPE OF WORK**. All work necessary or incidental to complete the scope of work associated and authorized under this Agreement shall be performed in strict accordance with and reasonably inferable from the Contract Documents as identified in Paragraph 16.3.

**16.3    CONTRACT DOCUMENTS.**

a) This Agreement

b) Solicitation, Offer, & Award #'s:

- Bridge 1130 70B01C20C00000159, Bridge 1152 70B01C20C00000158, Seco Creek 70B01C20R00000200.

c) Wage Decisions #'s

- TX20200008 1/03/2020

d) Statements of Work #'s

- N/A

e) Terms & Conditions #'s

- N/A

**16.4    NOTICE    OF    BONDING REQUIREMENTS**. If required by Contractor, within fifteen (15) days after receipt of award of this contract, the Subcontractor shall furnish, to the Contractor, the following bond(s) each with a surety who is satisfactory to the Contractor.

a) Performance Bond  -100%

b) Payment Bond – 100%

**16.5    OTHER PROVISIONS.**

The Subcontractor will provide the Contractor with copies of the shipping manifests for all hazardous waste created and disposed of by the subcontractor in the performance of his work.

a) The Contractor is responsible for maintaining the Schedule of Work, the Subcontractor will not perform any Work on-site or enter the premises without the authorization of the Contractor.

b) The Subcontractor will provide the payment and performance bonds, schedule of values, and project schedule within fifteen (15) days after contract award.

_1K_

c) The Subcontractor will not engage in direct communications with the Owner concerning his work on this project or potential work associated with this project, all communications will be through the Contractor.

d) No materials and/or equipment demolished/removed in connection with the Subcontractor's Work may be re-sold without the express written consent of the Contractor.

e) Unless otherwise noted in the RFP package, this is a Buy-American project. The Subcontractor will ensure all materials and equipment procured, installed, and/or delivered in satisfaction of the Subcontractor's obligations under this Agreement fully comply with the Buy American Act Federal Acquisition Regulations covering this project.

f) This is a Davis Bacon wage project. The Subcontractor warrants that all labor performed by it own work force or work force of its subcontractors will fully comply with the Davis Bacon Act Federal Acquisition Regulations covering the project. The wage determination to be used is identified in the RFP package or can be obtained from the Contractor. It is the sole responsibility of the Subcontractor to fully comply with the Davis Bacon requirements covering this Agreement.

g) Subcontractor will comply with safety requirements as mandated by Spencer Construction LLC.

h) If required by the Contractor, the Subcontractor agrees to assist and support the Contractor in meeting its self- performance requirements under the prime contract. If required by the Contractor, the Subcontractor agrees to segregate a mutually agreeable portion of its work for the Contractor to perform, at which time a deduct contract change order pursuant to Article 6 will be executed by the parties.

i) The Subcontractor agrees to be bound by, and at its own cost comply with, all federal, state, and local laws, ordinances, and regulations (hereinafter collectively referred to as "laws") applicable to the Subcontract Work including, but not limited to, equal employment opportunity, minority business enterprise, women's business enterprise, disadvantaged business enterprise. The Subcontractor shall defend and indemnify Contractor and Owner for any regulatory agency or other actions which are attributable to or caused in whole or in part by Subcontractor's failure to comply with the laws required by this Subcontract in the manner provided for herein. If Subcontractor's alleged acts or omissions result in a fine or penalty against Contractor by any regulatory agency, then the amount so levied shall be for Subcontractor's account and may be deducted from the amount otherwise due Subcontractor. If Subcontractor represents itself prior to or post bid as having a certain classification (women owner business enterprise, disadvantaged business enterprise, etc.) or qualification, or makes a certification, and such representation or certification  is alleged to be false, then Subcontractor agrees to indemnify, defend, and hold harmless Contractor from any fines and penalties imposed or sought to be imposed by the Owner or any regulatory agency or any protests or claims filed by any third party as a consequence of such alleged false representation or certification. Subcontractor further agrees to reimburse Contractor for any damages Contractor incurs as a consequence of Subcontractor's false representation or certification.

Subcontractor shall immediately notify Contractor in the occurrence of any of the following:

(a) Subcontractor is served with written notice it violated any law, regulation, permit, or license requirement relating to the Work.

(b) The commencement of any proceedings which could lead to revocation of any permits, licenses, or other authorizations related to the Work, or which Subcontractor is required to maintain in order to complete the Work.

(c) The revocation of any permits, licenses, or other authorizations related to the Work, or which Subcontractor is required to maintain in order to complete the Work.

(d) The commencement of litigation against Subcontractor which could affect its performance of the Work; or

(e) Subcontractor becomes aware that its equipment and/or facilities are not in compliance with any applicable laws, regulations, permits, or licenses.

Failure to provide notification according to this clause shall constitute a default of this Subcontract.

(f) Subcontractor certifies, to the best of its knowledge and belief, that it understands the principal types of organizational conflicts of interest ("OCI") as described in FAR Subpart 9.5 and other applicable laws and regulations, and that it is not aware of any information bearing on the existence of any actual or potential OCI with respect to the work to be performed under this Subcontract. Should a potential or actual OCI arise during the course of Subcontractor's Work hereunder, Subcontractor will immediately notify Contractor of such and work with Contractor to avoid, neutralize, or mitigate such OCI. Subcontractor's failure to do so may result in Contractor taking appropriate action, including termination of the Subcontract, in addition to any other remedies available to Contractor by contract or law.

Subcontractor will include the provisions of this clause, including this paragraph, in all lower-tier subcontracts for performance of any portion of the Work.

(g) EXECUTIVE ORDER 11246 - The Equal Employment Opportunity Clause set forth in 41 C.F.R. Sec.60-1.4(a) (1)-(7) is incorporated herein by reference and made a part of this Subcontract as though fully set forth herein.

VIETNAM ERA VETERANS READJUSTMENT ACT

The affirmative action clause set forth in 41 C.F.R. Section 60-300.5, Affirmative Action and Nondiscrimination obligations of contractors and subcontractors regarding disabled veterans, recently separated veterans, other protected veterans, and armed forces service medal veterans, is incorporated herein by reference and made a part of this Subcontract as though fully set forth herein.

THE REHABILITATION ACT OF 1974

The affirmative action clause set forth in 41 C.F.R. Section 60-741.4, Affirmative Action and Non-Discrimination Obligations of Contractors and Subcontractors regarding Individuals with Disabilities is incorporated herein by reference and made a part of this Subcontract as though fully set forth herein.

(h) Subcontractor agrees to accept and abide by all terms and conditions passed down to it by Contractor under the terms and requirements of the Prime Contract. Failure to do so is a basis for termination of this Subcontract in accordance with the General Condition entitled Termination. Certain portions of the clauses or certain clauses themselves may be self-deleting due to the nature of the work to be performed. The sum and substance of each term and condition shall also be applied to all additional lower-tiered subcontractors, vendors, or entities utilized to perform any work under this Subcontract, and Subcontractor shall include this provision in all other subcontracts hereunder. In the event that the Prime Contract is modified subsequent to the effective date of this Subcontract so as to modify or add additional clauses, Subcontractor agrees to enter into an amendment to insert the substance of such clause(s).

If this Subcontract is for the performance of work under a Federal Prime Contract, Subcontractor shall comply fully with all FAR requirements attached hereto. Subcontractor shall, whenever required, execute and deliver to Contractor all documents, and take such other actions which may be required by applicable FAR provisions. If applicable, Subcontractor shall comply with the Davis- Bacon Act, or, if applicable, the Service Contract Act, by paying all covered workers in accord with the wage determination(s). In addition, FAR contract provisions which are required to be "flowed down" to Subcontractor shall be deemed to be incorporated herein by reference and apply to any work performed under this Agreement.

The most recent version of the clauses at the time the Subcontract or Task Order is placed will be applicable to this Subcontract unless a different version is specified. Any inconsistencies will be resolved by Contractor's Authorized Representative. Time requirements in the clauses are overridden by the time requirements set forth in this Subcontract or any Task Orders issued hereunder. In all cases referenced, citations should be construed to apply to the Subcontractor as they apply to Contractor. The sum and substance of each regulation shall also be applied to all additional lower-tiered subcontractors, vendors, or entities utilized to perform any work under this Subcontract. The Subcontractor has no right of direct appeal to the Government Contracting Officer or the Government. Therefore, when "dispute" or "Dispute Clause" is referenced in any clause, it shall be deemed to be a dispute between the Subcontractor and Contractor.

To the extent the provisions of the Prime Contract between Owner and Contractor relate, directly or indirectly, to Subcontractor's Work and otherwise do not conflict with any provision in this Subcontract, Subcontractor agrees that such provisions are fully incorporated herein as if completely rewritten herein except that the word "Contractor" shall be substituted for the word "Owner" and the word "Subcontractor" shall be substituted for the word "Contractor" in the Prime Contract. All obligations and representations placed on Contractor under the Prime Contract with Owner shall apply to and be binding upon Subcontractor to the extent they relate in any way to Subcontractor's work or its general obligations under this Subcontract. However, to the extent of any conflicting obligations, the provisions of this Subcontract shall control.

To the extent of any conflict between the requirements of any of the foregoing, Subcontractor shall perform the more extensive or expansive of the requirements. Any failure by Subcontractor to acquaint itself with the available information necessary to meet the requirements will not relieve it from responsibility for estimating properly the difficulty or cost of successfully performing Subcontractor's Work and will not relieve it from responsibility for performing the Work. Contractor assumes no responsibility for any conclusions or interpretations made by Subcontractor on the basis of any information made available by the Owner or Contractor.

The Subcontractor shall include the terms of this clause, including this paragraph, in lower-tier sub-subcontracts and purchase orders awarded under this Subcontract.

*In Witness Whereof*, the Parties execute this agreement on the dates set forth below.

**SUBCONTRACTOR:**

_____
Ian Kolda

Signature Print

Name

Name of Business

Address

City, State, Zip

SSN/EIN

Email address

Phone

A. H. Beck Foundation Co., Inc.
9014 Green Road, Converse, Texas 78109
O: (210) 342-5261

Notifications Copy to: ian.kolda@ahbeck.com

74-1202926

Type of Business Entity:
- ☐ Sole Proprietorship
- ☐ Partnership
- ☒ Corporation
- ☐ Other _____

**SPENCER CONSTRUCTION LLC**

By: _____

Signature

Print Name: Patrick Spencer

Title: CEO

Address: 10131 N Oracle Road #160
Tucson AZ 85704

Telephone: 520-219-0498

Email Address:

ATTACHMENT A



# PIONEERS IN DRILLED SHAFT CONSTRUCTION
# A.H. BECK FOUNDATION CO., INC.
## SINCE 1932

**Attn:** **Brett Meyer**                                             **Bid Date:**     **January 26, 2021**
**Spencer Construction**

Re:  Border Batrol Bridges  -  Eagle Pass, TX
A. H. Beck Proposal  # TX20377B

We are pleased to quote the following items on the project mentioned above.

**Base Bid:  $        368,600.00**           Three Hundred Sixty Eight Thousand Six Hundred  Dollars and No Cents

| No. | Pay Item Code | Description | Unit | Qty. | Unit Price | Extended Price |
|-----|---------------|-------------|------|------|-----------|----------------|
| 1 | 1152 | 48" Dia. Drilled Shafts | LF | 208.0 | $ 450.00 | $ 93,600.00 |
| 2 | Mob-1152 | Mobilization In&Out | LS | 1.0 | $ 20,000.00 | $ 20,000.00 |
| 3 | Rock | Rock Drilling per LF on 48" D/S | LF | **TBD** | $ 550.00 | **TBD** |
| 4 | 1130 | 48" Dia. Drilled Shafts | LF | 236.0 | $ 450.00 | $ 106,200.00 |
| 5 | Mob-1130 | Mobilization In&Out | LS | 1.0 | $ 10,000.00 | $ 10,000.00 |
| 6 | Rock | Rock Drilling per LF on 48" D/S | LF | **TBD** | $ 550.00 | **TBD** |
| 7 | Seco | 48" Dia. Drilled Shafts | LF | 264.0 | $ 450.00 | $ 118,800.00 |
| 8 | Mob-Seco | Mobilization In&Out | LS | 1.0 | $ 20,000.00 | $ 20,000.00 |
| 9 | Rock | Rock Drilling per LF on 48" D/S | LF | **TBD** | $ 550.00 | **TBD** |

| *Rock Drilling defined as dirt auger refusal |
|---|

Pricing subject to the attached Inclusions, Exclusions, Terms and Conditions.

**CORPORATE OFFICE**
9014 Green Road
Converse, Texas 78109
Phone (210) 342-5261
Fax (210) 342-4965

**HOUSTON OFFICE**
12751 South Freeway
Houston, Texas 77047
Phone (713) 413-3800
Fax (713) 413-3811

**FLORIDA OFFICE**
1710 N 19th Street
Tampa, Florida 33605
Phone (813) 247-2211
Fax (813) 247-2212

**VIRGINIA OFFICE**
5264 Strasburg Road
Strasburg, Virginia 22657
Phone (540) 635-1710
Fax (210) 342-4965

**www.ahbeck.com**

1K

**INCLUSIONS:**  The proposed price includes the following items only:

- Mobilization (1 time to each bridge)
- Drilled Shaft Excavation
- Furnishing, Tying, and Hoisting Reinforcing Steel (Using Hardy Hole/Spencer's previously approved rebar material)
- Furnishing and Placing Concrete
- Temporary Casing (If Necessary)

---

**EXCLUSIONS:**  The proposed price excludes everything else and is not limited to the following items:

- Removal of Drilled Shaft Stockpiled Spoils (Wet and Dry)
- Access for Drilling, Hoisting, and Concrete Delivery Equipment (Including any crane mats that may be required)
- Surveying and Layout (Including Verification of Projections)
- Concrete Testing
- 3rd Party Inspection and Testing Services
- Cross Hole Sonic Testing Services and Reporting
- Concrete cooling or heating costs as required to meet concrete temperature placing specification
- Supplying Construction Water in Sufficient Quantities at Mix Tank Locations (If slurry is required)
- Rock Excavation (See note on pricing sheet)
- Probe or Core Holes
- Chipping Concrete and Preparing Surfaces of Drilled Shafts for Next Operation
- Demolition/Obstruction Removal (Drilling through Obstructions may be tracked on a T&M basis)
- Shaft Inspection Device (SID) Inspection/Testing
- Construction Permits
- Engineering Design
- Flagmen, Barricades, Traffic Control
- Performance and Payment Bonds (Available Upon Request)
- Monitoring and Protection of Existing Structures and Facilities
- Sanitary Facilities
- Installing and Maintaining Erosion Control and SW3P Measures
- Regrading and/or seeding of site after completion of work
- Low Overhead and/or Specialty Access Drilling Equipment
- Dedicated Safety Person
- Union Labor
- Costs Associated with Textura or other Payment Management Software (If Required Please Add $811)
- Furnishing Permanent Casing

| CORPORATE OFFICE | BRANCH OFFICE | BRANCH OFFICE | BRANCH OFFICE | BRANCH OFFICE |
|---|---|---|---|---|
| 5123 Blanco Road | 904 South I-45 | 12751 South Freeway | 1710 N 19th Street | 5264 Strasburg Road |
| San Antonio, Texas 78216 | Ferris, Texas 75125 | Houston, Texas 77047 | Tampa, Florida 33605 | Strasburg, Virginia 22657 |
| Phone (210) 342-5261 | Phone (210) 342-5261 | Phone (713) 413-3800 | Phone (813) 247-2211 | Phone (540) 635-1710 |

**Terms:** This proposal is subject to the following conditions:

1    This proposal is void if not accepted in writing within thirty (30) days from the bid opening date printed herein.

2    The scope of work shall include only the work set forth in this proposal. This proposal is conditioned on negotiating a mutually acceptable subcontract and shall be expressly incorporated and made a part of the subcontract. The terms of this proposal shall supersede any conflict or inconsistency with the subcontract or incorporated documents.

3    This proposal is conditioned upon performing work in one continuous, uninterrupted operation in the most efficient sequence. GC and A.H. Beck to mutually agree on project schedule and sequencing of work. A.H. Beck will not be required mobilize equipment and crews to start, or continue, work until acceptable access to sufficient areas are ready to ensure continuous work. If changes to the schedule impose unanticipated, unreasonable, or illogical sequences or durations, A.H. Beck shall be entitled to an equitable adjustment.

4    The means and methods of accomplishing the work are solely within the discretion of A.H. Beck. Any requirements of the Owner or GC which affect such means and methods have not been included in the pricing herein and shall require an equitable adjustment.

5    A.H. Beck will not be required to perform any work without written directive from the GC including payment terms. A.H. Beck's entitlement to an equitable adjustment shall not be contingent upon, limited to, or precedent to the GC's receipt of payment from the Owner. Under no circumstances does A.H. Beck waive its right to payment for extra work performed pursuant to instructions from the GC. A.H. Beck shall have the benefit of all rights, remedies, and redress that the GC has in its agreement with the Owner.

6    A.H. Beck has relied on the accuracy, completeness and suitability of all plans, specifications, and other contract documents provided by the GC and/or the Owner. A.H. Beck shall not be responsible in tort or contract for errors, inconsistencies or omissions in the plans, specifications and other contract documents. A.H. Beck does not warrant that the structure can be successfully completed or will serve its intended purposes if constructed according to the plans, specifications, and other contract documents provided by the GC and/or the Owner.

7    No back charge or claim of the GC for shall be valid ~~except by an agreement in writing by A.H. Beck before the work is executed~~, except in the case ~~of A.H. Beck's failure to meet any requirement of the subcontract. In such event, the~~ GC shall notify A.H. Beck ~~of such default~~, in writing, and allow A.H. Beck reasonable time to correct ~~any deficiency~~ before incurring any costs chargeable to A.H. Beck. ~~No back charge shall be valid unless billing is rendered no later than the 15th day of the month following the charge being incurred.~~

8    Unless specifically agreed to in writing, A.H. Beck will perform its work during daylight hours Monday through Friday, excluding holidays. To the extent that any security or access personnel are necessary, such personnel will be provided by the GC. If A.H. Beck's hours are extended, regardless of the reason, such personnel's hours will also be extended at no additional cost to A.H. Beck.

9    GC shall make no demand for liquidated damages in excess of the amount assessed against the GC and paid by the GC for unexcused delays actually caused by A.H. Beck. GC shall make no demand for actual damages for delay unless, as a condition precedent, GC shall advise A.H. Beck of the specific condition giving rise to the delay and provide a reasonable opportunity to correct or cure the cause of the delay. Neither party shall be liable for any consequential damages.

11    All provisions in the Contract documents regarding the giving of notice as conditions of the assertion of a claim or right shall comply with Section 16.071, Tex. Civil Pract. & Rem Code or are void. In the event such provision is deemed void, the time required for the giving of such notice shall be reasonable under the circumstances and not less than 30 calendar days.

| CORPORATE OFFICE | BRANCH OFFICE | BRANCH OFFICE | BRANCH OFFICE | BRANCH OFFICE |
|---|---|---|---|---|
| 5123 Blanco Road | 904 South I-45 | 12751 South Freeway | 1710 N 19th Street | 5264 Strasburg Road |
| San Antonio, Texas 78216 | Ferris, Texas 75125 | Houston, Texas 77047 | Tampa, Florida 33605 | Strasburg, Virginia 22657 |
| Phone (210) 342-5261 | Phone (210) 342-5261 | Phone (713) 413-3800 | Phone (813) 247-2211 | Phone (540) 635-1710 |

12     All payment terms and guarantees shall be in a form acceptable to A.H. Beck as an express condition precedent to the enforceability of this proposal. ~~Final payment shall be made in full within 30 days after completion of work included in this proposal. The final payment to A.H. Beck is not contingent upon the GC receiving payment from the owner.~~ *IK*

14     ~~Any indemnification obligation of A.H. Beck shall extend only to claims relating to bodily injury or property damage, and then only to that part or proportion of any claim, damage, loss, or defect that result from the negligence or intentional act of A.H. Beck or someone for whom it is responsible. It shall be limited to the extent of any and all available insurance coverage provided by A.H. Beck. A.H. Beck shall not have a duty to defend.~~ *IK*

16     All utilities and structures, either above or below ground, which might interfere with the drilling of the piers are to be located and protected or removed by GC prior to drilling.

17     GC is to provide lines, grades and center of piers, and to provide a clear and accessible work way, reasonably level and dry. GC is responsible for all soft ground stabilization and any shoring, matting, sheet piling and/or dewatering necessary to minimize ground movements during the pier drilling operation. GC to prepare the drilling area so that the top of pile elevation is approximately one foot below ground elevation. GC to provide continual spoil removal at a rate matching the drilling operation.

21     Price does not include any sales tax, gross receipts tax or contractor's tax. Sales tax has not been included for permanent materials.

51     This bid specifically excludes any costs, damages or delays associated with contaminated, hazardous material or toxic waste requirement for handling or disposal of any hazardous, contaminated or toxic materials encountered during the pier drilling operations.

59     GC to furnish crane mats, ALL WEATHER hard surface haul roads, and/or other means of access in quantities sufficient for A. H. Beck's rigs to track from rebar cage location to drill pad and for drill rig to move aside without having to walk off of a suitable stable working surface.

**Accepted:**                                                   **Submitted:**

Spencer Construction                          A. H. Beck Foundation Co., Inc.

*Matthew Ewald*

By: _____    By: _____

Name:                                                   Matthew Ewald

Date: _____ Title: _____    Date: ___Jan. 26, 2021___ Title: _____Chief Estimator_____

www.ahbeck.com

| CORPORATE OFFICE | BRANCH OFFICE | BRANCH OFFICE | BRANCH OFFICE | BRANCH OFFICE |
|---|---|---|---|---|
| 5123 Blanco Road | 904 South I-45 | 12751 South Freeway | 1710 N 19th Street | 5264 Strasburg Road |
| San Antonio, Texas 78216 | Ferris, Texas 75125 | Houston, Texas 77047 | Tampa, Florida 33605 | Strasburg, Virginia 22657 |
| Phone (210) 342-5261 | Phone (210) 342-5261 | Phone (713) 413-3800 | Phone (813) 247-2211 | Phone (540) 635-1710 |

*IK*