IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF A.H. BECK FOUNDATION CO., INC., | § § § § | |
| Complainant, | § § | Civil Action No. 2:21-cv-00071 |
| v. | § § | |
| WESTFIELD INSURANCE COMPANY, | § § | |
| Respondent. | § § | |

## <u>ORDER</u>

Came on this day, Spencer Construction, LLC's Unopposed Motion to Intervene Pursuant to Fed. R. Civ. P. 24. Having considered the Motion and the relevant pleadings, the Court is of the opinion that the motion should in all things be GRANTED.

It is therefore ORDERED that Spencer Construction, LLC shall intervene in this action.

IT IS SO ORDERED.

Signed this ____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE